ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | Plaintiff, |
|---|---|
| LORNAMEAD INC., formerly known as LORNAMEAD BRANDS, INC. | |
| -v- | |
| CONOPCO, INC. | |
|  | Defendant. |

Case No. 07 cv 10385
ECF Case
**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Lornamead Inc., formerly known as Lornamead Brands    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NATURAL WHITE (UK) LIMITED, Parent, a non-publicly traded company.

Date:    11/14/2007

_STEVEN J. RICE_
**Signature of Attorney**

**Attorney Bar Code:** 1934