UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORNAMEAD INC., formerly
known as LORNAMEAD BRANDS, INC.,

        Plaintiff,

 -vs-

CONOPCO, INC.

        Defendant.

ACKNOWLEDGEMENT OF SERVICE OF SUMMONS AND COMPLAINT

Civil Action No. 07-CV-10385

---

Service of the Summons and Complaint on Defendant CONOPCO, INC. is acknowledged this 20th of November, 2007.

        Cravath, Swaine & Moore LLP

        By ___John Beerbower/pcv___
        John E. Beerbower, Esq., of counsel
        *Attorneys for Defendant, Conopco, Inc.*
        Worldwide Plaza
        825 Eighth Avenue
        New York, New York 10019-7475
        (212) 474-1864

HARRIS BEACH
ATTORNEYS AT LAW