SANDS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-07
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORNAMEAD, INC. | ECF Case |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | 07-Civ-10385 (LBS) |
| CONOPCO, INC., | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Lornamead, Inc. and defendant Conopco, Inc. that defendant's time to move against or answer the complaint, which was served by plaintiff on November 20, 2007, is extended from December 10, 2007 to and including December 14, 2007. No previous requests for an extension have been made.

December 7, 2007

CRAVATH, SWAINE & MOORE LLP

by _____
Marek P. Krzyzowski

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3700 (fax)

*Attorneys for Defendant Conopco, Inc.*

HARRIS BEACH PLLC

by _____/s/_____
Steven J. Rice (1934)

100 Wall Street
New York, NY 10005
(212) 687-0100
(212) 687-0659 (fax)

*Attorneys for Plaintiff Lornamead, Inc.*

SO ORDERED:

_____
Hon. Leonard B. Sand
U.S.D.J.

12/11/07