UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORNAMEAD, INC.,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>CONOPCO, INC.,<br><br>　　　　　　　　　　　　　Defendant. | ECF CASE<br>07-Civ-10385<br>(LBS)<br><br>RULE 7.1 STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Conopco, Inc. certifies that defendant is a wholly-owned subsidiary of Unilever United States, Inc. and is an indirectly owned subsidiary of Unilever N.V. and Unilever PLC.

Dated: December 14, 2007

CRAVATH, SWAINE & MOORE LLP,

by _____
　　John E. Beerbower
　　Member of the Firm

Attorneys for Petitioner Conopco, Inc.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000