USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORNAMEAD INC., formerly
known as LORNAMEAD BRANDS, INC.,

                Plaintiff,

     -vs-

CONOPCO, INC.

                Defendant.

**STIPULATION DISCONTINUING ACTION**

Index No. 07-Civ-10385

(LBS)

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above-entitled action is discontinued on the merits, without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

_____
Richard T. Sullivan, Esq.
HARRIS BEACH PLLC
Attorneys for Plaintiff
726 Exchange Street, Suite 1000
Buffalo, New York 14210

Dated: July 23, 2008

_____
John M. Beerbower, Esq.
CRAVATH, SWAINE & MOORE LLP
Attorneys for Defendant
825 Eighth Avenue
New York, New York 10019

Dated: July 30, 2008

SO ORDERED:

_____
Leonard B. Sand
U.S. District Court Judge